IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02757–WYD–KMT

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit Corporation,
ANITA HANSEN,
ROBERT SIROWITZ,
JOSHUA STAPEN,
ROBIN STEPHENS, and
BENJAMIN HERNANDEZ,

    Plaintiffs,

v.

ABERCROMBIE & FITCH CO.,
ABERCROMBIE & FITCH STORES, INC, and
J.M. HOLLISTER LLC, d/b/a HOLLISTER CO.,

    Defendants.

# ORDER

This matter is before the court on "Plaintiffs' Unopposed Motion for Leave to File Third Amended and Class Action Complaint" (Doc. No. 70, filed August 30, 2010). Plaintiffs filed their "Second Amended and Class Action Complaint" on May 12, 2010. (Doc. No. 34.) On May 26, 2010, Defendants filed a Motion to Dismiss for Lack of Standing pursuant to Fed. R. Civ. P. 12(b)(1). (Doc. No. 35.) The Motion to Dismiss is presently pending before Chief District Judge Wiley Y. Daniel. Plaintiffs now move to amend the complaint and allege that doing so moots many of the issues raised in the Motion to Dismiss for Lack of Standing.

Pursuant to Fed. R. Civ. P 15(a), the court is to freely allow amendment of the pleadings "when justice so requires." The grant or denial of an opportunity to amend is within the discretion of the court, but "outright refusal to grant the leave without any justifying reason appearing for the denial is not an exercise of discretion; it is merely abuse of that discretion and inconsistent with the spirit of the Federal Rules." *Foman v. Davis*, 371 U.S. 178, 182 (1962). "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." *Frank v. U.S. West, Inc.*, 3 F.3d 1357, 1365 (10th Cir. 1993). The Tenth Circuit has concluded that the timeliness of the amendment and the prejudice to a defendant are to be the crux of the inquiry. *Minter v. Prime Equip. Co.*, 451 F.3d 1196, 1204 (10th Cir. 2006).

In this case, Defendants do not oppose the filing of the Third Amended and Class Action Complaint. There has been no showing of, and the court does not find, undue delay, bad faith or dilatory motive, undue prejudice, or futility.

Therefore, it is

**ORDERED** that "Plaintiffs' Unopposed Motion for Leave to File Third Amended and Class Action Complaint" (Doc. No. 70) is GRANTED. The Clerk of Court is directed to file the "Third Amended and Class Action Complaint" (Doc. No. 70-1). It is further

**ORDERED** that Defendants shall file their answer or otherwise respond to the "Third Amended and Class Action Complaint" no later than September 20, 2010. Discovery and the deadlines set in Scheduling Order remain stayed pending ruling on a motion to dismiss in

response to the Third Amended Complaint, if any is filed. If no motion to dismiss is filed on or before September 20, 2010, this court shall convene a new scheduling conference. If Defendants file a motion to dismiss, the parties shall file a joint status report within ten days after ruling on same, if any portion of the action remains pending, to advise whether a new scheduling conference should be set.

Dated this 31st day of August, 2010.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge