IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02757-WYD-KMT

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation;
ANITA HANSEN;
ROBERT SIPOWITZ;
JOSHUA STAPEN; and
ROBIN STEPHENS,

    Plaintiffs,

v.

ABERCROMBIE & FITCH CO.;
ABERCROMBIE & FITCH STORES, INC.; and
J.M HOLLISTER LLC, d/b/a HOLLISTER CO.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Based on Plaintiffs filing of a Third Amended and Class Action Complaint on August 31, 2010, ECF No. 73, Defendants' Motion to Dismiss for Lack of Standing, filed May 26, 2010, ECF No. 35 is hereby **DENIED AS MOOT**.

    Dated: August 31, 2010.