IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.09-cv-02757-WYD-KMT

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit Corporation, *et al.*,

  Plaintiffs,

v.

ABERCROMBIE & FITCH CO., *et al.*,

  Defendants.

## DECLARATION OF AMY F. ROBERTSON

  I, Amy F. Robertson, do hereby declare:

  1.  I am over 18 years of age and am competent to make this Declaration. I make this Declaration on personal knowledge.

  2.  I am a shareholder in Fox & Robertson, P.C., co-counsel for Plaintiffs in this case.

  3.  Attached hereto as Exhibit 1 is a true and correct copy of excerpts from Defendants' Responses to Plaintiffs' First Set of Interrogatories, Requests for Production, and Requests for Admission.

  4.  Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Defendants' Responses to Plaintiffs' Second Set of Interrogatories, Requests for Production, and Requests for Admission.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

/s/ Amy F. Robertson
Amy F. Robertson

Date: March 16, 2011

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:09-cv-02757-WYD-KMT

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit Corporation,
ANITA HANSEN,
ROBERT SIROWITZ,
JOSHUA STAPEN,
ROBIN STEPHENS, and
BENJAMIN HERNANDEZ

    Plaintiffs,

v.

ABERCROMBIE & FITCH CO.,
ABERCROMBIE & FITCH STORES, INC., and
J.M. HOLLISTER LLC,

    Defendants.

## DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSIONS

Defendants Abercrombie & Fitch Co., Abercrombie & Fitch Stores, Inc., and J.M. Hollister LLC ("Defendants") provide the following objections and responses to Plaintiffs' First Set of Interrogatories, Requests for Production, and Requests for Admissions (collectively the "Discovery Requests").

### GENERAL OBJECTIONS AND CONDITIONS

Defendants make the following general objections to the Discovery Requests in addition to any specific objections that may be stated in any individual responses.

    1.    Defendants object to any undefined terms in the Discovery Requests, including any terms that differ from those used by Defendants in the ordinary course of its business. Any response or use of such terms in responding to the Discovery Requests does not constitute a

Robertson Decl.
Ex. 1

## Answers To Interrogatories

1. Identify all efforts Defendants have undertaken to comply with the ADA in the design, construction and interior layout of their Stores.

**ANSWER:**

Objection. See General Objections. This Interrogatory calls for information subject to the attorney-client privilege and the attorney work product doctrine. This Interrogatory is vague and ambiguous. The Interrogatory is overbroad as to temporal scope. The Interrogatory calls for a narrative response and is overbroad and burdensome. The Interrogatory is overbroad as to geographical scope to the extent it purports to seek information about stores outside the state of Colorado.

Without waiving any objection, Defendants state that they maintain an in-house "Code Library" which includes relevant portions of the ADA and the ADAAG. Additionally, master drawings of stores are prepared and reviewed by architects for code compliance, including compliance with the ADA and the ADAAG. Defendants also conduct in-person meetings with state and/or local building officials relating to store construction and lay-out. Defendants also work with building plan reviewers who review plans for store construction, as well as building inspectors who walk the building sites. Defendants also present and discuss the master drawings with their landlords. In addition, Defendants state that they have: (1) re-merchandised all stores in Colorado to provide for an accessible path of travel through the stores; (2) modified cash wraps in stores in Colorado to ensure that they are accessible; (3) modified those Hollister stores with an elevated porch in Colorado to provide a second accessible entrance with a push-button (in addition to the already-existing accessible entrance); and (4) trained managers in Colorado on alterations to the stores and compliance with the ADA.

2. Identify all Stores that Defendants acquired or leased after January 26, 1993.

**ANSWER:**

Objection. See General Objections. The Interrogatory is overbroad as to temporal scope. The Interrogatory is overbroad as to geographical scope to the extent it purports to seek information about stores outside the state of Colorado.

Without waiving any objection, Defendants identify:

| Store Number | Store Name | State | City |
|---|---|---|---|
| 10614 | Pearl Street Mall, CO-ANF | CO | Boulder |
| 10625 | Southwest Plaza, CO-ANF | CO | Littleton |
| 10627 | Park Meadows, CO-ANF | CO | Littleton |
| 10658 | The Citadel, CO-ANF | CO | Colorado Springs |

| 10734 | Flat Iron Crossing, CO-ANF | CO | Broomfield |
| 10973 | Cherry Creek, CO-ANF | CO | Denver |
| 20220 | Flat Iron Crossing, CO-kids | CO | Broomfield |
| 20232 | Park Meadows, CO-kids | CO | Littleton |
| 20249 | Cherry Creek, CO-kids | CO | Denver |
| 30144 | Park Meadows, CO-HCo. | CO | Littleton |
| 30424 | Flat Iron Crossing, CO-HCo. | CO | Broomfield |
| 30477 | Aurora, CO-HCo. | CO | Aurora |
| 30492 | Citadel, CO-HCo. | CO | Colorado Springs |
| 30621 | Foothills, CO-HCo. | CO | Fort Collins |
| 30646 | Mesa, CO-HCo. | CO | Grand Junction |
| 30685 | Orchard Town Center, CO-HCo. | CO | Westminster |

3.   Identify all Stores Defendants Altered after January 26, 1992.

**ANSWER:**

Objection.  See General Objections.  This Interrogatory is vague and ambiguous.  The term "Altered," in particular, is vague and ambiguous.  The Interrogatory is overbroad as to temporal scope.  The Interrogatory is overbroad as to geographical scope to the extent it purports to seek information about stores outside the state of Colorado.

Without waiving any objection, Defendants state that they have recently altered all of the stores identified in the response to Interrogatory 2 and 4 as set forth in the responses to Interrogatories 1 and 8.

4.   Identify all Stores Defendants own, operate or lease that are Existing Stores.

**ANSWER:**

Objection.  See General Objections.  This Interrogatory is vague and ambiguous.  The Interrogatory is overbroad as to geographical scope to the extent it purports to seek information about stores outside the state of Colorado.

Without waiving any objection, Defendants identify the following:

| 10649 | Cherry Creek, CO-ANF | CO | Denver |

5.   For each store brand abercrombie, Abercrombie & Fitch and Hollister, identify the number and type of Service Counter designs Defendants have used for their Stores.

9. Identify the reasons for designing and constructing Elevated Entrances at Hollister Stores.

**ANSWER:**

Objection. See General Objections. This Interrogatory is vague and ambiguous. The Interrogatory is overbroad as to temporal scope. The Interrogatory calls for a narrative response and is overbroad and burdensome. The Interrogatory is overbroad as to geographical scope to the extent it purports to seek information about stores outside the state of Colorado.

Without waiving any objection, Defendants state that they have designed porch-like structures at some Hollister stores in order to give those stores the aesthetic appearance of a Southern California surf shack.

### Responses To Requests For Production

1. Produce all documents related to the design and construction of Service Counters in your Stores and providing access to customers who use wheelchairs and/or compliance with Standards § 7.2.

**RESPONSE:**

Objection. See General Objections. This Request calls for documents subject to the attorney-client privilege and the attorney work product doctrine. This Request is vague and ambiguous. The Request is overbroad as to temporal scope. The Request is overbroad and burdensome. The Request is overbroad as to geographical scope to the extent it purports to seek documents relating to stores outside the state of Colorado.

Without waiving any objection, Defendants state that they will produce representative shop drawings relating to the current design of cash wraps of stores in Colorado.

2. Produce all documents related to the accessibility of your Stores for customers who use wheelchairs and the design and construction of Elevated Entrances.

**RESPONSE:**

Objection. See General Objections. This Interrogatory calls for documents subject to the attorney-client privilege and the attorney work product doctrine. This Request is vague and ambiguous. The Request is overbroad as to temporal scope. The Request is

- 8 -

## VERIFICATION

The undersigned hereby states that he is employed by Defendant Abercrombie & Fitch Stores, Inc. as the Senior Director of Store Planning, that he has reviewed the foregoing Answers to Interrogatories, and that the Answers are true to the best of his knowledge and belief.

_____
Adam Hill
Senior Director of Store Planning

Sworn to before me and subscribed in my presence on this ___4___ day of May, 2010.

_____
Notary Public

JOSEPH W CARMAN
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
April 01, 2012

s/ *Thomas B. Ridgley* by MAK
Thomas B. Ridgley
Richard T. Miller
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio 43216-1008
Phone: (614) 464-6400
Fax: (614) 464-6350
TBRidgley@vorys.com

Gregory A. Eurich
OF HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Post Office Box 8749
Denver, Colorado 80201-8749
Phone: (303) 295-8166
Fax: (303) 975-5464
geurich@hollandhart.com
**ATTORNEYS FOR DEFENDANTS**

OF COUNSEL:
Mark A. Knueve
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008

## CERTIFICATE OF SERVICE

I hereby certify that on May 4th, 2010, I served the foregoing Defendants' Responses To Plaintiffs' First Set of Interrogatories, Requests for Production, and Requests for Admission via e-mail to the following:

Kevin W. Williams, Legal Program Director
Carrie Ann Lucas
Center for the Rights of Parents with Disabilities
Colorado Cross-Disability Coalition
655 Broadway, Suite 775
Denver, CO 80203

Bill Lann Lee
Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
1330 Broadway
Suite 1800
Oakland, CA  94612

Amy Robertson
Fox & Robertson, P.C.
104 Broadway
Suite 400
Denver, CO  80203

s/ Mark Knueve
Mark Knueve

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 09-cv-02757-WYD-KMT

COLORADO CROSS-DISABILITY COALITION,
ANITA HANSEN,
ROBERT SIROWITZ,
JOSHUA STAPEN,
ROBIN STEPHENS, and
BENJAMIN HERNANDEZ

    Plaintiffs,

v.

ABERCROMBIE & FITCH CO.,
ABERCROMBIE & FITCH STORES, INC., and
J.M. HOLLISTER LLC, d/b/a HOLLISTER CO.,

    Defendants.

_____

### DEFENDANTS' RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSIONS
_____

Defendants Abercrombie & Fitch Co., Abercrombie & Fitch Stores, Inc., and J.M. Hollister LLC ("Defendants") provide the following objections and responses to Plaintiffs' Second Set of Interrogatories, Requests for Production, and Requests for Admissions (collectively the "Discovery Requests").

### GENERAL OBJECTIONS AND CONDITIONS

Defendants make the following general objections to the Discovery Requests in addition to any specific objections that may be stated in any individual responses.

1.    Defendants object to any undefined terms in the Discovery Requests, including any terms that differ from those used by Defendants in the ordinary course of its business. Any

Robertson Decl. Ex. 2

## Requests for Admission

2.  Admit all Cash Wraps at Hollister Stores open to the public were designed and constructed after January 26, 1993.

**RESPONSE:**

>   Objection. This Request for Admission is vague and ambiguous. The Request is overbroad as to geographical scope to the extent it seeks a response relating to stores outside the state of Colorado.
>
>   Without waiving any objection, Defendants admit that Hollister stores in Colorado open to the public were designed and constructed after January 26, 1993.

3.  Admit that all entrances at Hollister Stores open to the public were designed and constructed after January 26, 1993.

**RESPONSE:**

>   Objection. This Request for Admission is vague and ambiguous. The Request is overbroad as to geographical scope to the extent it seeks a response relating to stores outside the state of Colorado.
>
>   Without waiving any objection, Defendants admit that entrances at Hollister stores in Colorado open to the public were designed and constructed after January 26, 1993.

4.  Admit that there were no Hollister stores open to the public in existence prior to 2000.

**RESPONSE:**

>   Objection. This Request for Admission is vague and ambiguous. The Request is overbroad as to geographical scope to the extent it seeks a response relating to stores outside the state of Colorado.
>
>   Without waiving any objection, Defendants admit that there were no Hollister stores in Colorado open to the public prior to the year 2000.

## VERIFICATION

The undersigned hereby states that he is employed by Defendant Abercrombie & Fitch Stores, Inc. as the Senior Director of Store Planning, that he has reviewed the foregoing Answers to Interrogatories, and that the Answers are true to the best of his knowledge and belief.

_____
Adam Hill
Senior Director of Store Planning

Sworn to before me and subscribed in my presence on this 25th day of June, 2010.

_____
Notary Public

MELINDA R. McAFEE, ATTORNEY AT LAW
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03 R.C.

      s/ *Mark A. Knueve*
      Thomas B. Ridgley
      Mark A. Knueve
      Richard T. Miller
      VORYS, SATER, SEYMOUR AND PEASE LLP
      52 East Gay Street
      Columbus, Ohio 43216-1008
      Phone:  (614) 464-6400
      Fax:  (614) 464-6350
      TBRidgley@vorys.com

      Gregory A. Eurich
      OF HOLLAND & HART LLP
      555 Seventeenth Street, Suite 3200
      Post Office Box 8749
      Denver, Colorado 80201-8749
      Phone: (303) 295-8166
      Fax: (303) 975-5464
      geurich@hollandhart.com
      **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

  I hereby certify that on June 23, 2010, I served the foregoing Defendants' Responses To Plaintiffs' Second Set of Interrogatories, Requests for Production, and Requests for Admission via e-mail to the following:

Kevin W. Williams, Legal Program Director
Carrie Ann Lucas
Center for the Rights of Parents with Disabilities
Colorado Cross-Disability Coalition
655 Broadway, Suite 775
Denver, CO 80203

Bill Lann Lee
Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
1330 Broadway
Suite 1800
Oakland, CA  94612

Amy Robertson
Fox & Robertson, P.C.
104 Broadway
Suite 400
Denver, CO  80203

              s/ *Mark A. Knueve*
              Mark Knueve