IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.09-cv-02757-WYD-KMT

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit Corporation, *et al.*,

    Plaintiffs,

v.

ABERCROMBIE & FITCH CO., *et al.*,

    Defendants.

## DECLARATION OF MEGAN STRECKEWALD

I, Megan Streckewald, do hereby declare:

1.     I am over 18 years of age and am competent to make this Declaration. I make this Declaration on personal knowledge.

2.     I am a paralegal employed by Fox & Robertson, P.C., counsel for Plaintiffs in this matter.

3.     On March 14 and 16, 2011, I went to the Hollister stores at Orchard Town Center in Westminster, Colorado ("Orchard Town Center Hollister") and in the Park Meadows mall in Lone Tree, Colorado ("Park Meadows Hollister").

4.     Park Meadows mall is an indoor mall. Orchard Town Center is an outdoor mall.

5.     Attached hereto as Exhibits 1 through 6 are true and correct copies of photographs I took at the Park Meadows Hollister on March 14, 2011.

6. Attached hereto as Exhibits 7 through 11 are true and correct copies of photographs I took at the Orchard Town Center Hollister on March 14, 2011.

7. The photograph appearing after Paragraph 7 of Plaintiffs' Motion for Partial Summary Judgment is a true and correct copy of a photograph I took at the Park Meadows Hollister on March 14, 2011. In that photograph, there are level entrances to either side of the main entrance.

8. At both the Park Meadows Hollister and the Orchard Town Center Hollister, to go in the front entrance, I had to go up two steps. These steps ascend a porch-like platform, which is at a higher level than the store.

9. The steps led to a wall with directional signage toward men's or women's clothing. In both directions -- that is, toward either the men's or women's section -- I then had to step back down two steps to get to the sales floor.

10. On March 11, 2011, I spoke with a representative of the Douglas County building department. I requested a copy of the building permit and certificate of occupancy for the Hollister store at Park Meadows mall.

11. Attached hereto as Exhibit 12 is a true and correct copy of the document I received by fax in response to my request for the building permit for the Hollister store at Park Meadows mall.

12. Attached hereto as Exhibit 13 is a true and correct copy of the document I received by fax in response to my request for the certificate of occupancy for the Hollister store at Park Meadows mall.

13. Attached hereto as Exhibit 14 is a document I downloaded from the website of the City of Westminster concerning the tenant finish for the Hollister store at the Orchard Town Center mall on March 14, 2011.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

/s/ Megan Streckewald
Megan Streckewald

Date: March 16, 2011



Streckewald Decl.
Ex. 1



Streckewald Decl. Ex. 2



Streckewald Decl. Ex. 3



Streckewald Decl. Ex. 4



Streckewald Decl. Ex. 5



Streckewald Decl. Ex. 6



Streckewald Decl. Ex. 7



Streckewald Decl. Ex. 8



Streckewald Decl. Ex. 9



Streckewald Decl. Ex. 10



Streckewald Decl. Ex. 11

# Certificate of Occupancy

## County of Douglas

### Department of Building Inspection

This Certificate issued pursuant to the requirements of Section 109 of the Uniform Building Code certifying that at the time of issuance this structure was in compliance with the various ordinances of the county regulating building use. For the following:

Bldg. Permit No. __01-4940__

Group / Division __M__      Use Classification __TENANT__

Owner of Building __HOLLISTER CO C/O EXP. PERMITS__ Building Address __8401 PARK MEADOWS CENTER DR__

Lot __L004__    Block _____    Legal or Subdivision: __PARK MEADOWS TOWN CENTER 001A 5TH AMD PD Z__

_[signature]_
Building Official

Date: __09/10/2002__

POST IN A CONSPICUOUS PLACE

Streckewald Decl. Ex. 12



## DOUGLAS COUNTY
Planning and Community Development Department
Building Division • (303) 660-7497
100 3rd Street, Castle Rock, Colorado 80104

## Building Permit

**File Number:** 01-4940

| Field | Value |
|---|---|
| Project Address | 8401 PARK MEADOWS CENTER DR |
| City | LITTLETON |
| Zip Code | 80124 |
| Lot | L004 |
| Block | |
| Subdivision Name | PARK MEADOWS TOWN CENTER 001A |
| Section | 5TH AMD |
| Township | PD ZONING |
| Range | CITY OF L |
| Owner's Name & Address | HOLLISTER CO C/O EXP 1327 POST AVE #H |
| City | TORRANCE |
| State | CA |
| Zip Code | 90501 |
| Day Phone | (310) 328-6300 |
| Night Phone | ( ) - |
| Contractor's Name & Address | ACI CONST   PO BOX 770 #375 |
| City | PARK CITY |
| State | UT |
| Zip Code | 84060 |
| Day Phone | (435) 645-7015 |
| Night Phone | ( ) - |
| Occupancy Group | M |
| Type of Const. | VNSPKL |
| Stories | |
| Height | FL |
| Description | TENANT |
| # New Dwellings | |
| # New Bedrooms | |
| # New Baths | |
| Valuation | $176,000.00 |
| Permit Fee | $791.50 |
| Basement Unfinished Sq. Ft. | |
| Basement Finished Sq. Ft. | |
| Parcel Number | |
| Deed Number | |
| Plan Check Fee | $514.48 |
| 1st Floor Unfinished Sq. Ft. | |
| 1st Floor Finished Sq. Ft. | 6436 |
| Tax I.D. Number | |
| Driveway Permit Number | |
| Access Fee | |
| 2nd Floor Unfinished Sq. Ft. | |
| 2nd Floor Finished Sq. Ft. | |
| Investigation Fee | |
| All Other Floors Unfinished Sq. Ft. | |
| All Other Floors Finished Sq. Ft. | |
| Escrow #1 | |
| Total(s) Unfinished Sq. Ft. | 0 |
| Total(s) Finished Sq. Ft. | 6436 |
| Escrow #2 | |
| Barn | |
| Garage | |
| Escrow #3 | |
| Other | |
| Greenhouse | |
| Escrow #4 | $880.00 |
| Zoning Code | |
| Set Back-Front | |
| Set Back-Side | |
| Set Back-Side | |
| Set Back-Rear | |
| Cash Register Number | 19 |
| Total Fees Paid | $2,185.98 |

| Electrical | Plumbing | Mechanical |
|---|---|---|
| BEGEMAN ELECT | ADAMS CO PLUMB | COOPER |
| Address: 1470 JOYCE ST | Address: 2669 HWY #224 E | Address: 11780 OLDE WADSWORTH BLV |
| Phone: (303) 278-143  License: E02004 | Phone: (303) 288-4545  License: P95196 | Phone: (303) 466-420  License: MA94007 |

| Water | EXISTING | Gas | PSCO |
| Sewer | EXISTING | Electrical | PSCO |

Remarks: HOLLISTER @ PARKMEADOWS

THE SUBMITTED PERMIT WILL BE SUBJECTED TO THE REQUIREMENTS OF THE 1997 UBC, 2000 UMC, 2000 UPC AND THE 1999 NEC

Streckewald Decl. Ex. 13

Any approval given by Douglas County does not obviate the need to comply with applicable federal, s local laws and/or regulations.

| Approved by Chief Building Official | Date of Issue 01/09/02 | Activities Code | Description 0204 |

The approval of plans and specifications does not permit the violation of any section of the Douglas County Building Code.

• FIELD INSPECT TO CODE •

• NOTICE •
This permit shall become null and void if construction is not commenced within 180 days or if work is suspended or abandoned for a period of 180 days at any time after work has commenced.

**Westminster Colorado**

Home

site map | services A-Z | employment | news | contact us

Back

# Permit Manager

Welcome to Westminster, CO

**Building Division / Fire Department**

## Detail

[Inspections]   [Status]   [Payment History]

| | |
|---|---|
| Case / Application / Permit Number | 07-3378 |
| Type / Classification | Building<br>ADAMS COMMERCIAL<br>TEN FIN / BEPM |
| Address | 14644 ORCHARD PKWY<br>1000<br>WESTMINSTER, CO 80020 |
| Parcel Number | 40516 |
| File Date | 9/27/2007 |
| Status | BUILDING - Archived |
| Status Date | 10/6/2008 |
| Valuation | $650,000.00 |
| Fees | $20,352.00 |
| Payments | $20,352.00 |
| Balance | $0.00 |
| Description | Tenant finish for new HOLLISTER COMPANY retail store. Permit extended 180 days on 4/15/2008.jw. |

View Map *(Click the "Back" button on the browser to return to Permit Manager.)*

## Application Specific Information

| | |
|---|---|
| Type of Const | II-B |
| Occupancy Class | M |
| Occupant Load | N/A |
| Stories | 1 |
| Bldg. Height | N/A |
| Sprinkled | Yes |
| Plan Location | ARCHIVED |
| Total Area | 5944 |
| Finished Area | 5944 |
| Comments | N/A |

## Contacts

| | |
|---|---|
| Name | MATT SCHRAWYER |
| Business | GIBSON HEATING & A/C INC |
| Relationship | CONTRACTOR |
| Phone | 303-444-4900 |

Streckewald Decl. Ex. 14

| | |
|---|---|
| Name | ALAN URBAN |
| Business | ALAN'S URBAN PLUMBING |
| Relationship | PLBG CONTRACTOR |
| Phone | 303-423-5122 |
| Name | MICHELLE BROWNE |
| Business | CANYON CONTRACTING CORP |
| Relationship | CONTRACTOR |
| Phone | 360-837-2204 |
| Name | VIC VALDEZ |
| Business | CHOICE CITY ELECTRIC |
| Relationship | ELEC CONTRACTOR |
| Phone | 970-493-4077 |
| Name | Jacob Brown |
| Business | Shremshock Architect Inc |
| Relationship | Architect - |
| Phone | 614-545-4550 |
| Name | Forest City Commercial Group |
| Business | N/A |
| Relationship | Owner |
| Phone | 216-621-8136 |
| Email | N/A |

[ New Search ]

Powered by Accela®

@2002-2004 Accela Inc. All Rights Reserved.

VelocityHall Engine Sql Server Version 6.7

**Westminster Colorado**
Home

site map | services A-Z | employment | news | contact us

Back

# Permit Manager
Welcome to Westminster, CO

Building Division / Fire Department

## Current Status for 07-3378
Permit Detail

| Task Description | Assign Date | Status Date | Status/Recorded By |
|---|---|---|---|
| Application Acceptance | 09/27/07 | 09/27/07 | Plan Review Deposit Paid<br>By: Jon Weir |
| Utility Application | 09/27/07 | 09/27/07 | Not Required<br>By: Jon Weir |
| Fire Review | 09/27/07 | | By: |
| Planning Review | 09/27/07 | | By: |
| Engineering Review | 09/27/07 | | By: |
| ODP | 09/27/07 | | By: |
| Building Review | 09/27/07 | 10/15/07 | Approved<br>By: Jon Weir |
| Electrical Review | 09/27/07 | 09/27/07 | Approved<br>By: Diane Lynch |
| Permit Issuance | 05/27/08 | 06/03/08 | Issued<br>By: Debe Wixson |
| Inspection | 06/03/08 | 09/22/08 | Passed Required Inspections<br>By: Nicole Beckman-Montgomery |
| Certificate of Occupancy | 09/22/08 | 09/24/08 | Final CO Issued<br>By: Paul Banken |
| Permit Status | 09/24/08 | 10/06/08 | Archived<br>By: Nicole Beckman-Montgomery |

## Status History for 07-3378
Permit Detail

| Task Description | Assign Date | Status Date | Status/Recorded By |
|---|---|---|---|
| Permit Status | 09/24/08 | 10/06/08 | Archived<br>By: NICOLE BECKMAN-MONTGOMERY |
| Certificate of Occupancy | 09/22/08 | 09/24/08 | Final CO Issued<br>By: PAUL BANKEN |
| Certificate of Occupancy | 09/22/08 | 09/22/08 | Final CO Ready to Issue<br>By: NICOLE BECKMAN-MONTGOMERY |
| Inspection | 06/03/08 | 09/22/08 | Passed Required Inspections<br>By: NICOLE BECKMAN-MONTGOMERY |

| | | | |
|---|---|---|---|
| Permit Issuance | 05/27/08 | 06/03/08 | Issued<br>By: DEBE WIXSON |
| Permit Issuance | 05/27/08 | 06/02/08 | Ready to Issue<br>By: NICOLE MONTGOMERY |
| Permit Issuance | 05/27/08 | 06/02/08 | Issued<br>By: DEBE WIXSON |
| Permit Issuance | 05/27/08 | 10/15/07 | Ready to Issue<br>By: USER USER |
| Electrical Review | 09/27/07 | 09/27/07 | Approved<br>By: DIANE LYNCH |
| Building Review | 09/27/07 | 10/15/07 | Approved<br>By: JON WEIR |
| Utility Application | 09/27/07 | 09/27/07 | Not Required<br>By: JON WEIR |
| Application Acceptance | 09/27/07 | 09/27/07 | Plan Review Deposit Paid<br>By: JON WEIR |

Powered by Accela®

@2002-2004 Accela Inc. All Rights Reserved.

VelocityHall Engine Sql Server Version 6.7