IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02757-WYD-KMT

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit Corporation, *et al.*,

    Plaintiffs,

v.

ABERCROMBIE & FITCH CO., *et al.*,

    Defendants.

---

**ORDER RE: BRIEFING SCHEDULE**

---

Class certification briefs shall be due as follows:

| | |
|---|---|
| Opening Brief | October 17, 2011 |
| Answer Brief | November 17, 2011 |
| Reply Brief | December 2, 2011 |

DATED this 21st day of July, 2011.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge