**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 09-cv-02757-WYD-KMT          FTR - Courtroom C-201

**Date:** December 8, 2011                              Deputy Clerk, Bernique Abiakam

COLORADO CROSS-DISABILITY COALITION,        Kevin W. Williams
a Colorado non-profit Corporation,                Andrew C. Montoya
ANITA HANSEN, and
JOSHUA STAPEN,

              Plaintiffs,

v.

ABERCROMBIE & FITCH CO.,                      Gregory A. Eurich
ABERCROMBIE & FITCH STORES, INC, and
J.M. HOLLISTER LLC, d/b/a HOLLISTER CO.,

              Defendants.

---

### COURTROOM MINUTES / MINUTE ORDER

---

**MOTION HEARING**
**Court in session: 10:21 a.m.**
Court calls case.  Appearances of counsel.

Argument and discussion regarding Doc. Nos. 139 and 123.

10:31 a.m.    Comments and rulings by the Court.

It is **ORDERED**:      **Motion To Withdraw As Counsel (Filed 12/2/11; Doc. No. 139) is
                        GRANTED.**

It is **ORDERED**:      **Plaintiffs' Motion For Leave To File Fifth Amended And Class
                        Action Complaint (Filed 10/21/11; Doc. No. 123) is GRANTED.
                        The Clerk is directed to file the Fifth Amended Complaint
                        currently attached as Exhibit 1 to Plaintiffs motion 123.**

**Court in Recess: 10:39 a.m.**
Hearing concluded.
Total In-Court Time    00:18
*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.