**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:  Robert R. Keech | Date:   April 9, 2012 |
| E.C.R./Reporter:   Therese Lindblom | |

| | |
|---|---|
| Civil Action No: **09-cv-02757-WYD-KLM** | Counsel: |
| **COLORADO CROSS-DISABILITY COALITION, et al.**, | Kevin W. Williams
Amy F. Robertson
Andrew C. Montoya |
| Plaintiffs, | |
| v. | |
| **ABERCROMBIE & FITCH CO., et al.**, | Gregory A. Eurich
Mark A. Knueve |
| Defendants. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**2:03 p.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Plaintiffs' Motion for Class Certification (ECF Doc. No. 125), filed October 31, 2011, is raised for argument.

2:05 p.m.    Argument by Plaintiffs (Ms. Robertson).

2:14 p.m.    Argument by Defendants (Mr. Knueve).

2:31 p.m.    Argument by Plaintiffs (Ms. Robertson).

| | |
|---|---|
| 2:43 p.m. | Argument by Defendants (Mr. Knueve). |
| | Court makes findings. |
| **ORDERED:** | Plaintiffs' Motion for Class Certification (ECF Doc. No. 125), filed October 31, 2011, is **GRANTED.** |
| | Court indicates a written order shall follow. |
| 2:54 p.m. | Discussion regarding status of the case. |
| **2:57 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   :54**