IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02757-WYD-KMT

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation;
ANITA HANSEN;
ROBERT SIPOWITZ;
JOSHUA STAPEN; and
ROBIN STEPHENS,

    Plaintiffs,

v.

ABERCROMBIE & FITCH CO.;
ABERCROMBIE & FITCH STORES, INC.; and
J.M HOLLISTER LLC, d/b/a HOLLISTER CO.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiffs' Motion for Leave to File Two-Page Reply Brief filed June 26, 2012 (ECF No. 182) is **GRANTED**.  Plaintiffs may file the Reply Brief in Support of Amended Motion for Summary Judgment that is attached to their motion.

    Dated:  June 26, 2012