IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior District Judge Wiley Y. Daniel**

Civil Action No.   09-cv-02757-WYD-KMT

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation;
ANITA HANSEN; and
JULIE FARRAR, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

ABERCROMBIE & FITCH CO., *et al.*,

    Defendants.

## ORDER

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion for Leave to File Reply Brief and Request for Clarification of Hearing with Alternative Request for Discovery (ECF No. 206).

By way of background, on March 7, 2013, I granted Plaintiff's motion for summary judgment and request for a permanent injunction.  (ECF No. 200).  However, I did not enter an injunction at that time.  Instead, I ordered the parties to meet and confer in an attempt to craft an injunction/remedy that is mutually agreeable to both parties.  (ECF No. 200 at 21).  Unsurprisingly, the parties failed to reach agreement on a proposed permanent injunction.  Thus, I set a hearing for August 16, 2013 at 10:00 a.m.

I note that throughout the pendency of this action, the parties have failed to comply with my repeated requests to communicate and interact in a cooperative fashion.  The

parties are on notice that any attempt to obstruct or further delay this action will not be tolerated. This case was filed almost four years ago. This matter must come to a resolution, and I am disappointed that the parties refuse to assist in bringing this case to a close. Accordingly, I will not authorize additional discovery prior to the August 16, 2013 hearing. At the hearing, I will hear argument and receive any admissible evidence pertaining to a potential remedy in this case. A permanent injunction will be entered at the hearing or shortly thereafter. It is

ORDERED that Plaintiffs' Unopposed Motion for Leave to File Reply Brief and Request for Clarification of Hearing with Alternative Request for Discovery (ECF No. 206) is **GRANTED** to the extent that I will accept Plaintiffs' Reply Brief for filing. All other requests are **DENIED.**

Dated: May 30, 2013

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE