IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02757-WYD-KMT

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation;
ANITA HANSEN and
JULIE FARRAR, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

ABERCROMBIE & FITCH CO.;
ABERCROMBIE & FITCH STORES, INC.; and
J.M HOLLISTER LLC, d/b/a HOLLISTER CO.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiffs' Reply Brief in Support of Motion for Attorneys' Fees and Costs (ECF No. 240) is **STRICKEN** with leave to refile for failure to comply with the page limitation requirement set forth in my Practice Standards.

    Dated:  January 6, 2014