**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   February 12, 2014 |
| E.C.R./Reporter:   Mary George | |

Civil Action No:  **09-cv-02757-WYD-KMT**          Counsel:

**COLORADO CROSS-DISABILITY**           Amy F. Robertson
**COALITION, et al.**,                              Kevin W. Williams
                                                Andrew C. Montoya

      Plaintiffs,

v.

**ABERCROMBIE & FITCH CO., et al.**,        Gregory A. Eurich
                                                Mark A. Knueve

      Defendants.

**COURTROOM MINUTES**

**MOTION HEARING**

**10:17 a.m.**   Court in Session

            APPEARANCES OF COUNSEL.

            Court's opening remarks.

            Plaintiff's Motion for Attorneys' Fees and Costs [ECF Doc. No. 231], filed November 8, 2013, is raised for argument.

10:21 a.m.   Argument by Plaintiff (Mr. Williams).

10:28 a.m.   Argument by Defendants (Mr. Knueve).

**ORDERED:**   Plaintiff's Motion for Attorneys' Fees and Costs [ECF Doc. No. 231], filed November 8, 2013, is **GRANTED as outlined on the record.**

                Court indicates a written order shall follow.

**ORDERED:**    Parties shall file a joint statement, indicating their respective positions on Plaintiffs' request for additional attorneys' fees for the period from August, 2013 to the present, not later than **Monday, February 24, 2014.**

**10:52 a.m.**    Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :35**