**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

---

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   September 24, 2015 |
| E.C.R./Reporter:   Mary George | |

---

Civil Action No:  **09-cv-02757-WYD-KMT**          Counsel:

**COLORADO CROSS-DISABILITY**                    Amy F. Robertson
**COALITION, et al.**,                                        Kevin W. Williams
                                                                        Andrew C. Montoya

          Plaintiffs,

v.

**ABERCROMBIE & FITCH CO., et al.**,          Mark A. Knueve

          Defendants.

---

**COURTROOM MINUTES**

---

**IN COURT HEARING**

**10:09 a.m.**     Court in Session

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

          Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and
          Award of Attorneys' Fees [ECF Doc. No. 260], filed September 21, 2015, is
          raised for argument.

10:16 a.m.     Argument by Plaintiffs (Ms. Robertson).

10:18 a.m.     Argument by Defendants (Mr. Knueve).

10:18 a.m.     Argument by Plaintiffs (Ms. Robertson).

10:19 a.m.      Argument by Defendants (Mr. Knueve).

**ORDERED:**   Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees [ECF Doc. No. 260], filed September 21, 2015, is **GRANTED.**

**ORDERED:**   Counsel for Plaintiffs shall confer with counsel for Defendants and submit a form of order **not later than Wednesday, September 30, 2015.**

**10:23 a.m.**   Court in Recess - HEARING CONCLUDED.

<u>**TOTAL TIME:   :14**</u>